UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Arlene Otis,

Plaintiff,

v.

Steven C. Schachtman, et al.,

Defendants.

Civil 00-2118 JRT/FLN

ORDER

Plaintiff's Motion for Recusal [#4] is DENIED.

DATED: Oct 4, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED OCT 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK