**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ARLENE OTIS,

Plaintiff,

v.

STEVEN C. SCHACHTMAN, MARY METZLER, HEATHER DAHLINE d/b/a 681 PROPERTIES, POINT OF AMERICAN APARTMENTS, JOHN DOE, JANE DOE,

Defendants.

Civil No. 00-2118 (JRT/FLN)

**ORDER DENYING PLAINTIFF'S MOTION FOR RECUSAL**

---

Arlene Otis, 7900 Zane Avenue North #312, Brooklyn Park, MN 55443, *pro se*.

Thomas A. Harder, FOLEY & MANSFIELD, 200 Lafayette Building, 1108 Nicollet Mall, Minneapolis, MN 55403, for defendants.

This matter is before the Court upon plaintiff Arlene Otis's motion for recusal. Plaintiff requests recusal on the basis that the undersigned is prejudiced due to the imposition of sanctions against plaintiff in a previous, unrelated case. The mere entry of sanctions in an unrelated case does not establish that a judge is prejudiced against a litigant. Accordingly, the Court denies the motion.

FILED OCT 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

**IT IS HEREBY ORDERED** that plaintiff Arlene Otis's motion for order of recusal [Docket No. 2] is **DENIED**.

DATED: October 16, 2000
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge