**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ARLENE OTIS,

Plaintiff,

v.

STEVEN C. SCHACHTMAN, et al.,

Defendants.

Civil 00-2118 (JRT/FLN)

**ORDER OF REFERENCE**

---

Arelene Otis, 7900 Zane Avenue North, No. 312, Brooklyn Park, MN 55443, *pro se* plaintiff.

Thomas A. Harder, FOLEY & MANSFIELD, 1108 Nicollet Mall, Suite 200, Minneapolis, MN 55403, for defendants.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that plaintiff's motion for summary judgment [Docket No. 7] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Plaintiff is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: Nov. 1, 2000
at Minneapolis, Minnesota

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

FILED NOV 02 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____