UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
~~THIRD DIVISION~~

Arlene Otis,

Plaintiff,

v.

Steven C. Schachtman; Mary Metzler; Heather Dahline d/b/a 681 Properties; Steven Scott Management; Point of America Apartments; John Doe and Jane Doe, Real Parties in Interest; and Point of America Apartments,

Defendants.

Court File No.: 00-2118 (JRT/FLN)
Case Type: Discrimination
Judge: John R. Tunheim

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendants that the above-captioned action may be and is hereby dismissed with prejudice and without costs to any party.

**IT IS FURTHER STIPULATED AND AGREED** that judgment of dismissal with prejudice may be entered pursuant to this Stipulation without further notice.

Dated: 12/11/00

By: ______________________
Arlene Otis, Pro Se

Dated: 12/12/00

FOLEY & MANSFIELD, P.L.L.P.

By: ______________________
Thomas A. Harder (#158987)
200 Lafayette Building
1108 Nicollet Mall
Minneapolis, MN 55403
Telephone: (612) 338-8788
ATTORNEYS FOR DEFENDANTS

FILED JAN 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Based on the above Stipulation,

**IT IS HEREBY ORDERED:**

1. That Plaintiff's claims against Defendants are dismissed with prejudice and without costs to any party; and

2. That there being no just reason for delay, the Clerk of Court is directed to enter a judgment of dismissal with prejudice in favor of Defendants and against Plaintiffs.

**LET JUDGMENT BE ENTERED FORTHWITH.**

BY THE COURT:

Dated: Jan 22, 2001

By: [signature]
John R. Tunheim
Judge of District Court